UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL,

      Plaintiff,

- against -

CHENE GEAR CO., LLC,

      Defendant.

24-cv-2186 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The parties are directed to discuss settlement and provide an update to the Court by **May 24, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated: New York, New York
    April 29, 2024

               /s/ John G. Koeltl
               John G. Koeltl
             United States District Judge