UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

Chene Gear Co., LLC

    Defendant.

Case No: 1:24-cv-02186-ALC

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Jericho, New York
         July 15, 2024

New York, New York
July 15, 2024

**MARS KHAIMOV LAW, PLLC**

By: _/s/ Mars Khaimov_

Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**SHOOK HARDY & BACON, LLP**

By: _/s/ Joseph Angelo Iemma_

Joseph Angelo Iemma, Esq.
1 Rockefeller Center, Suite 2801
New York, NY 10020
jiemma@shb.com
*Attorneys for Defendant*

THE CLERK IS DIRECTED TO CLOSE THIS CASE.

SO ORDERED.

7/25/24  _/s/ Andrew L. Carter_
                USDJ